UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In re CHOICE HOTELS, INC. SECURITIES LITIGATION | ) ) ) )   No. 8:08-cv-00911-AW ) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

Lead Plaintiff Macomb County Employees' Retirement System ("Macomb County") and Defendants Choice Hotels International, Inc. ("Choice Hotels" or the "Company"), Charles A. Ledsinger, Jr., and Joseph M. Squeri, (collectively, "Defendants"), through their respective counsel of record, agree and stipulate as follows:

1. WHEREAS, this action for violations of the Securities and Exchange Act of 1934 (the "Exchange Act") was first commenced in the United States District Court for the District of Colorado on April 11, 2007, Index No. 07-cv-734;

2. WHEREAS, the action was transferred to this Court on or about April 4, 2008;

3. WHEREAS, the action was filed as a class action but has not been certified as such;

4. WHEREAS, pursuant to this Court's Order dated June 26, 2008, the Court appointed Macomb County as Lead Plaintiff and the undersigned plaintiffs' counsel as Lead Counsel and Liaison Counsel;

5. WHEREAS, the Consolidated Amended Complaint is to be filed with the Court on August 15, 2008;

6. WHEREAS, Macomb County and its counsel have conferred and agree to voluntarily dismiss this action;

7. WHEREAS, Defendants stipulate to this dismissal; and

8. THEREFORE, the parties, through their respective undersigned counsel, hereby stipulate and agree;

9. The parties to this action submit this Joint Stipulation of Voluntary Dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

10. Lead Plaintiff agrees not to file a further amended pleading or to seek further review or appeal in connection with the action.

11. Lead Plaintiff and Defendants will bear their own costs and attorneys' fees. Each party also agrees to waive any potential claims against all other parties or their counsel for malicious prosecution, abuse of process, violation of Federal Rule of Civil Procedure 11, or any other claim (including unknown claims), arising out of or in any way related to, or in connection with the institution, prosecution, assertion or resolution of this action.

12. The action is hereby dismissed.

IT IS SO STIPULATED.

August 15, 2008

COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiff*

                                                                                 BROWN, GOLDSTEIN & LEVY, LLP
                                                                                 DANIEL F. GOLDSTEIN
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
Telephone: 410-962-1030
410-385-0869 (fax)

*Liaison Counsel for Lead Plaintiff*

DATED: August 15, 2008              LATHAM & WATKINS LLP
J. CHRISTIAN WORD
MD DIST. CT. BAR #26400


                                                     */s/ J. Christian Word*
                                         J. CHRISTIAN WORD

11955 Freedom Drive, Suite 500
Reston, VA 20191-5651
703/456-1000
703/456-1001 (fax)

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel registered to receive such notice.

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
E-mail: DRosenfeld@csgrr.com