THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DISTRICT

| | |
|---|---|
| ANTHONY GENOVESE, *et. al.*, | * |
| Plaintiffs, | * |
| v. | *   Civil Action No. AW-08-911 |
| CHOICE HOTELS INTERNATIONAL, INC., *et. al.*, | * |
| | * |
| Defendants. | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

The Court has been advised that the above-captioned parties stipulate to the voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. No. 52). The parties have further stipulated that Lead Plaintiff and Defendants will bear their own costs and attorneys' fees, and that each party will waive any potential claims against all other parties or their counsel for malicious prosecution, abuse of process, violation of Federal Rule of Civil Procedure 11, or any other claim (including unknown claims), arising out of or in any way related to, or in connection with the institution, prosecution, assertion or resolution of this action. In addition, Lead Plaintiff agrees not to file a further amended pleading or to seek further review or appeal.

Accordingly, IT IS this **15th day of August, 2008**, by the United States District Court for the District of Maryland, hereby **ORDERED** that:

This action is hereby **DISMISSED**.

IT IS FURTHER **ORDERED** that:

1.  The Clerk of the Court **CLOSE** this case; AND

2.The Clerk of the Court shall transmit copies of this Order to all counsel of record.

_____/s/_____
Alexander Williams, Jr.
United States District Court